**STARK & STARK**
A Professional Corporation
By: Stefanie Colella-Walsh, Esquire (Atty ID #012602007)
     Martin P. Schrama, Esquire (Atty ID #039581997)
993 Lenox Drive, Bldg. 2
Lawrenceville, New Jersey 08648
(609) 896-9060 (office)
(609) 895-7362 (direct)
(609) 896-0629 (fax)
mps@stark-stark.com
<u>*Attorneys for Plaintiff Shirley Slominski*</u>

| | |
|---|---|
| SHIRLEY SLOMINSKI,<br><br>                 Plaintiff,<br><br>vs.<br><br>INTEGRA LIFESCIENCES HOLDINGS CORPORATION, INTEGRA LIFESCIENCES CORPORATION, and ABC CORPORATIONS 1-10<br><br>                 Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:21-cv-02458- FLW-ZNQ<br><br>**NOTICE OF MOTION TO REMAND**<br><br>Return Date: Monday, April 5, 2021 |

    **TO:**  Beth S. Rose, Esq.
           Vincent Lodato, Esq.
           SILLS CUMMIS & GROSS P.C.
           One Riverfront Plaza, Newark, NJ 07102

    1.    **PLEASE TAKE NOTICE** that on Monday, April 5, 2021, at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff, Shirley Slominski, by and through counsel, shall move before the United States District Court, District of New Jersey-Trenton, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608, pursuant to 28 U.S.C. § 1447(c), for the entry of an Order remanding this action to the Superior Court of New Jersey,

-2-

Middlesex County, Law Division, and awarding attorneys' fees and costs incurred as a result of removal and in association with the filing of this motion.

In support of this motion, Plaintiff shall rely upon the Declaration of Stefanie Colella-Walsh, Esquire, together with the exhibits attached thereto, and the Memorandum of Law filed contemporaneously herewith.

Pursuant to Local Civil Rule 78.1, Plaintiff hereby requests oral argument if the motion is opposed.

A proposed form of Order is being submitted with this motion in accordance with Local Civil Rule 7.1(e).

Respectfully submitted,

STARK & STARK
A Professional Corporation

By: s/ *Stefanie Colella-Walsh*
Stefanie Colella-Walsh

Dated: March 8, 2021